# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Starpony (HK) Limited, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:23-cv-15864 ) ) Judge Andrea R. Wood |
| The Corporations, Partnerships and Unincorporated Associations Identified in Schedule A, | ) ) ) ) |
| Defendants. | ) ) |

## MOVING DEFENDANTS' MOTION TO DISMISS

Defendant stores Aixini (#62), MDXMY Store (#64) and SNOWOLF (#67) (hereinafter "Moving Defendants"), upon the accompanying Memorandum of Law, by and through the undersigned counsel, respectfully moves to dismiss this lawsuit for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

Dated: February 20, 2024

Respectfully submitted,

By:/s/ Benjamin Solter
Benjamin Solter
Intelink Law Group, PC
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
781-752-6369
bsolter@intelinklaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system on this 20th day of February 2024 and served electronically on Plaintiff's counsel of record.

By:/s/ Benjamin Solter