UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| STARPONY (HK) LIMITED, a Hong Kong Corporation<br><br>Plaintiff,<br><br>v.<br><br>THE CORPORATIONS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>Defendants | Case No.: 1:23-CV-15864 ARW<br><br>Judge: Honorable Andrea R. Wood<br><br>JURY TRIAL DEMAND |

## STIPULATION RE PERMANENT INJUNCTION

WHEREAS, Defendant Alibaba.com store Zhejiang Multistay Industry Co. Ltd.(Defendant No. 48 in First Amended Schedule A of the Complaint) and its owner *GaoyuShi* stipulate to the Court's jurisdiction over it, and has stipulated to the facts necessary to establish jurisdiction over the Civil Action, for purposes of entering and/or enforcing this Order and/or any other terms of the Confidential Settlement Agreement; and,

WHEREAS, Plaintiff Starpony (HK) Limited stipulates to the voluntary dismissal of Defendant Zhejiang Multistay Industry Co. Ltd (Defendant No. 48 in First Amended Schedule A of the Complaint) and its owner *GaoyuShi* ("Defendant") with prejudice upon entry of this Order pursuant to Fed. R. Civ. Proc. 41(a), and has agreed to file a request for the same following entry of this Order.

Accordingly, the Parties **STIPULATE** and **AGREE**, and hereby request that the Court **ORDER** as follows:

1

1. Defendant, including their officers, agents, representatives, employees, and all persons and/or entities in active concert or participation with any of them, who receive actual notice of this Order by personal service or otherwise, shall be forever and permanently restrained and enjoined from:

    a. Manufacturing or causing to be manufactured, importing, advertising or promoting, distributing, selling or offering to sell Counterfeit Starpony Products or any products infringing Starpony Design Patents, Starpony Sculpture Copyrights or Starpony Copyrighted Images; from infringing, counterfeiting, or diluting the Starpony Trademarks; from using the Starpony Trademarks, or any mark or design similar thereto, in connection with the sale of any unauthorized goods; from using any logo, trade name or trademark or design that may be calculated to falsely advertise the services or goods of Defendant as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff; from falsely representing themselves as being connected with Plaintiff , through sponsorship or association;

    b. Participating in, including providing financial services, technical services or other support to, Defendant in connection with the sale and distribution of non-genuine goods bearing and/or using counterfeits of the Starpony Trademarks, that copy, display, distribute or use derivative works of Plaintiff's copyrighted Works or infringe Starpony Design Patents;

    c. Passing off, inducing, or enabling others to sell or pass off any product bearing the Starpony Designs as a genuine Starpony Product that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for such sale; and

    d.  Committing any acts calculated to cause consumers to believe that Defendant's products are sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

2.  The Court shall retain jurisdiction to make such orders as may be needed, if any, to enforce this injunction or the terms of the settlement between the Parties.

**IT IS SO STIPULATED.**

Dated: October 29, 2024        RIMON, P.C.

                    */s/ Mark S. Lee*
                    Mark S. Lee
                    Rimon, P.C.
                    2029 Century Park East, Suite 400N
                    Los Angeles, CA 90067
                    Telephone: (310) 561-5776
                    Email: mark.lee@rimonlaw.com

                    Neal H. Levin
                    Ill. ARDC No. 6203156
                    Rimon P.C.
                    980 N. Michigan Ave., Suite 1400
                    Chicago, IL 60611
                    Telephone: (312) 224-0966
                    Email: neal.levin@rimonlaw.com

                    Shelley Ivan
                    Rimon P.C.
                    100 Park Ave., 16th Floor
                    New York, NY 10017
                    Telephone: (332) 600-4332
                    Email: shelley.ivan@rimonlaw.com

                    Attorneys for Plaintiff STARPONY (HK) Limited

Date: October 23. 202410/23/2024October 23. 202410/23/2024October 23. 202410/23/2024October 23. 202410/23/2024October 23. 202410/23/2024October 23, 2024

Signature:

Name (Print): Gaoyu Shi

Title (Print): Owner
Owner of Defendant, Alibaba STORE Zhejiang Multistay Industry Co. Ltd. (Defendant No. 48 in First Amended Schedule A of the Complaint)